Fourth Court of Appeals
 San Antonio, Texas
 September 22, 2020

 No. 04-20-00047-CV

 Richard LARES,
 Appellant

 v.

 Martha MUÑIZ,
 Appellee

 From the 45th Judicial District Court, Bexar County, Texas
 Trial Court No. 2006-CI-15663
 Honorable Peter Sakai, Judge Presiding

 ORDER

 This court issued its mandate in this appeal on August 21, 2020. On September 17, 2020,
pro se appellant Richard Lares filed a “Motion for Reconsideration or in the Alternative for
Reinstatement of [H]is Appeal.”
 This court’s plenary power in appeal 04-20-00047-CV has expired. See TEX. R. APP. P.
19.1 (plenary power period); id. 19.3 (“After its plenary power expires, the court cannot vacate
or modify its judgment.”).
 Appellant also asked this court, in the alternative, to consider his motion as a notice of
appeal in trial court cause number 2006-CI-15663. We direct the Clerk of this court to consider
Appellant’s motion as a new notice of appeal for trial court cause number 2006-CI-15663 and to
initiate a new appeal accordingly.

 It is so ORDERED September 22, 2020.
 PER CURIAM

 ATTESTED TO:_____________________________
 MICHAEL A. CRUZ,
 CLERK OF COURT